# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** No. 13-2001    **Short Title:** ABIMAEL HERNANDEZ-GONZALEZ Appellant v. TRUSTEE EDGARDO MUNOZ Appellee

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
TRUSTEE EDGARDO MUNOZ                                                                 as the

[ ] appellant(s)           [✓] appellee(s)           [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)         [ ] intervenor(s)

/s/ EDGARDO MUNOZ                       27 August 2013
Signature                                Date

EDGARDO MUNOZ
Name

EDGARDO MUÑOZ, PSC                      (787) 753-3888
Firm Name (if applicable)               Telephone Number

PO Box 360971                           (787) 524-3888
Address                                 Fax Number

San Juan, PR 00936-0971                 emunoz@emunoz.net
City, State, Zip Code                   Email (required)

Court of Appeals Bar Number: 125713

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No.

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must submit an application for admission with this form. 1st Cir. R. 46.0(a)(2). Effective January 1, 2010, use of the Case Management/Electronic Case Files (CM/ECF) system is mandatory for all attorneys filing in this court. Counsel may register at http://pacer.psc.uscourts.gov/.