# United States Court of Appeals
## For the First Circuit

No. 13-2001

IN RE: HOTEL COAMO SPRINGS, INC.

Debtor

-------------------------------------------------------

ABIMAEL HERNANDEZ-GONZALEZ

Appellant

v.

EDGARDO MUNOZ, Trustee

Appellee

**ORDER OF COURT**

Entered: October 18, 2013
Pursuant to 1st Cir. R. 27.0(d)

    Appellant is presently in default for failure to file a brief and appendix. It is ordered that if a brief and appendix are not filed on or before **November 1, 2013**, this case will be dismissed in accordance with 1st Cir. R. 45.0(a) for lack of prosecution.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Jean Philip Gauthier-Inesta
Abimael Hernandez-Gonzalez
Monsita Lecaroz-Arribas
Edgardo Munoz-Maldonado