# United States Court of Appeals
# For the First Circuit

IN RE: HOTEL COAMO SPRINGS, INC.    COA# 13-2001

Debtor

---

ABIMAEL HERNANDEZ GONZALEZ

Appellant

v.

EDGARDO MUÑOZ, Trustee

Appellee

---

INFORMATIVE MOTION AND REQUEST FOR EXTENSION OF TERM

TO THE HONORABLE COURT:

COMES NOW Appellant Abimael Hernández González, pro se, and very respectfully informs and request from this honorable Court, as follows:

1. On July 23, 2013, Appellant filed a Notice of Appeal to this Court, pro se.

2. Thereafter he began to work to comply with the appeal procedures with which he was not familiar.

3. After a thorough review of said procedures he concluded that he needed the assistance of an attorney experienced and knowledgeable in said procedures.

4. He also realized that at his age, seventy- nine years, and his health condition, he would have difficulties in bridging the distance between San Juan and Boston. So he requested the help of a friend who is an experienced practitioner both in the subject matter of this appeal and it's procedures. He was asked to submit copy of several documents related to the appeal that

1

were delivered next day. So Appellant relied on the belief that he would make his appearance as the legal representative of the undersigned Appellant, and take over the management of the case.

5. Upon receiving this Court's Order of October 18, 2013 he realized that no appearance had been made on Appellant's behalf. In spite of his efforts, Appellant not able to get together with the reference attorney to know why he did not appear in compliance with the appeal procedures.

6. Prior to the filing of its appeal, Appellant had three minor surgeries, one of them to remove eye cataratas, with the unexpected end result, that his vision has been impaired, which limits his capacity to go over the proper reading of the documents and law matters that is necessary to produce the brief.

7. The Appellant has entered into an agreement with an experienced attorney and knowledgeable of appeal procedures, who has agreed to appear in his behalf, this coming week and comply with the Court's appeal procedures in the next ten working days, following this motion.

The dismissal of this appeal for lack of prosecution will result in a failure of justice. For this reason, Appellant pray from this Honorable Court that an extension of ten working days be granted to comply with the procedures pending.

Respectfully submitted.

Notice: Edgardo Muñóz, PSC, Trustee, Appellee, P.O. Box 360971, San Juan, PR 00936-0971; Lcda. Rayhxa Miranda Grajales, Appellee, Department of Justice of PR, P.O. Box 9020192, San Juan, PR 00902-0192; José A. Flores Vázquez, Tourism Company of PR, P.O. Box 9023960, San Juan, PR 00902-3960; Lcdo. Eduardo M. Joglar, 403 Del Parque St., Suite 6, San Juan, PR 00912; US Trustee, Ochoa Bldg., 500 Tanca St. Suite 301, San Juan, PR 00901-1922; Antonio Amadeo Murga, Esq., 420 Ave. Ponce de León, Edif. Midtown, Suite 910, San Juan, PR 00918; Marisa Brugeras, Esq., Cond. Midtown, Suite 306, 420 Ponce de León Ave., San Juan, PR 00918; Fiddler González & Rodríguez, Oriental Bank Bldg. 7th. Floor, Hato Rey, PR 00917; Tito Castro Const., Inc., C/O Matta & Matta, PO Box 5007, Ponce,

PR; Margarita Berríos, Vda. de Rodríguez, Caribbean Sea Cond. P.H., Franklyn D. Roosevelt Ave., Hato Rey, PR 00917; Dept. de Hacienda, P.O. Box 9024140, Ofic. 424-B, San Juan, PR 00902-4140; Autoridad de Energía Eléctrica, División Comercial, P.O. Box 4267, San Juan, PR 00936; Depto. del Trabajo, P. Rivera Martínez, Bldg., 505 Muñóz Rivera Ave., 12th. Floor, San Juan, PR 00918; Fondo del Seguro del Estado, P.O. Box 365028, San Juan, PR 00936-5028; Investment Brokers, Inc., P.O. Box 363623, San Juan, PR 00936-3623

In San Juan, Puerto Rico, this 1st. day of November, 2013.

FirstCircuitCourtOfAppeals@ca1.uscourts.gov

Abimael Hernández González
Appellant – Plaintiff, Pro Se
G.P.O. Box 363623
San Juan, P.R. 00936-3623
Tel. (787) 368-3218