No. 13-1973
_____

UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

_____

UNITED STATES OF AMERICA ex rel. Kenneth Jones

Plaintiff-Appellant

vs.

BRIGHAM AND WOMEN'S HOSPITAL, *et al.*

Defendants-Appellees

_____

Appeal from the Honorable William G. Young,
U.S. District Court, District of Massachusetts, Case No. 07-11481-WGY
_____

**APPELLANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO SERVE AND FILE OPENING BRIEF AND APPENDIX**

Michael D. Kohn
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, DC 20007-2756
Phone: (202) 342-6980
Fax: (202) 342-6984
mk@kkc.com

William D. Hughes
HUGHES & NUNN LLP
350 Tenth Ave., Ste. 960
San Diego, CA 92101
Phone: (619) 231-1661
Fax: (619) 236-9271
whughes@HughesNunn.com

Jeremy L. Friedman
ATTORNEY AT LAW
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087
jlfried@comcast.net

Attorneys for Appellant and *Qui Tam* Plaintiff

## MOTION FOR EXTENSION

Pursuant to Fed. R. App. P. 26(b) and Local Rule 32.4, appellant – *qui tam* plaintiff below – seeks an unopposed extension of time in which to serve and file his opening brief and appendix on this appeal. Appellant's opening brief is due December 23, 2013, pursuant to the Briefing Schedule set on November 12, 2013. As set forth below, for good cause appellant requests an extension of time of 45 days – until February 6, 2014 – in which to file. This is appellant's first request for an extension of time to file in connection with the opening brief on this appeal, and the 45-day request is stipulated to by appellees.

Although appellant ordinarily would request a 30 day extension of time on the opening brief, in this case, given specific scheduling conflicts and the intervening holiday, a 45-day request is both necessary and reasonable.

An extension of time is necessary because substantial work remains to be done on the case in order to complete review of the prior appellate record (Case No. 10-2301), the 12 days of Reporter's Transcript during trial, several volumes of trial exhibits, and post-trial motions. Such steps are necessary for purposes of presenting the issues on this appeal. Since the time that the scheduling order was set on this appeal, the undersigned counsel with responsibilities for the briefing has had unavoidable scheduling conflicts that have prevented him from performing a substantial amount of the work that is necessary. Moreover, before the scheduling order issued, counsel has had in place pre-arranged travel plans over the Thanksgiving and Christmas holidays, including travel out of state until after the first of the year. While an initial extension of time for only 30 days would not provide counsel with sufficient time to return from that travel and complete the work, a 45-day extension – until February 6, 2014 – and would permit enough time to perform the review described above and draft the opening brief.

Appellant's extension of time is both necessary and reasonable, given the amount of preparation required for the opening brief in this case. Counsel for the

parties have discussed this extension request, and in particular, the fact of the intervening holidays, and appellee has no objection to this request. Further, no prejudice will result therefrom.

## CONCLUSION

For the foregoing reasons, appellant in this unopposed motion requests an extension of time of 45 days, until February 6, 2014, to file the opening brief and appendix in this case.

Respectfully submitted,

Dated:  December 9, 2013

/s/Jeremy L. Friedman
Jeremy L. Friedman
ATTORNEY AT LAW
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087

Michael D. Kohn
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, DC 20007-2756
Phone: (202) 342-6980
Fax: (202) 342-6984

William D. Hughes
HUGHES & NUNN LLP
350 Tenth Ave., Ste. 960
San Diego, CA 92101
Phone: (619) 231-1661
Fax: (619) 236-9271

Counsel for Appellant and Relator Jones

## DECLARATION OF COUNSEL

I, Jeremy L. Friedman, declare and state:

1. I am one of the attorneys representing relator and appellant on this appeal. I have appeared on behalf of appellant in these proceedings, and I am the counsel with primary responsibility for the briefing on the first appeal in this case (No. 10-2301), for oral argument on that appeal, and for briefing on this appeal. I make this declaration based upon my own personal knowledge. If called as a witness, I would and could testify to the following.

2. This appeal arises out of a judgment entered by the district court after a 12-day jury trial, as well an order denying relator's post-trial motion for a new trial and renewal of relator's motion for summary judgment. Approximately 363 exhibits were marked for trial, and Reporter's Transcripts for the trial constitute approximately 1395 pages. A substantial time commitment is required to review these records in preparation for the opening brief. In addition, during the prior appeal, several key issues were raised, briefed and ruled upon that relate to the issues on relator's renewed motion for summary judgment. In order to adequately present the issues on this appeal, I will be required to review the prior appellate records and First Circuit opinion in detail.

3. An extension of 45 days in which to file the opening brief in this case is necessary due to amount of time required to prepare the opening brief, as well as unavoidable scheduling conflicts that I have had, and the intervening holidays. Since the issuance of the scheduling order, I have had extremely limited time to work on this appeal, in large part because of negotiations over a multi-party civil rights case pending in the Northern District of California. In addition, prior to the issuance of the scheduling order, I made pre-arranged plans for travel during the holidays, including travel out of state for the last two weeks of December. Under these circumstances, I believe it is warranted to request 45 days rather than 30 days for this initial extension request.

4.  I have conferred with counsel for defendants/appellees with respect to this extension request.  We specifically addressed the need for 45 days, rather than 30 days, in light of schedules and timing.  I expressly agreed to stipulate to similar extension requests for appellees.  Counsel for appellees stated he had no objections and would not oppose this request.

I declare under penalty of perjury that the foregoing is true and correct of my own knowledge.  Executed this 9th day of December, 2013.

/s/Jeremy L. Friedman
Jeremy L. Friedman

**CERTIFICATE OF ELECTRONIC SERVICE**

    I hereby certify that this document was filed through the ECF system of this Court on the 9th of December, 2013. This pleadings will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants.

                                                  /s/Jeremy L. Friedman
                                                  Jeremy L. Friedman