No. 13-1973
_____

UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

_____

UNITED STATES OF AMERICA ex rel. Kenneth Jones

Plaintiff-Appellant

vs.

BRIGHAM AND WOMEN'S HOSPITAL, *et al.*

Defendants-Appellees

_____

Appeal from the Honorable William G. Young,
U.S. District Court, District of Massachusetts, Case No. 07-11481-WGY
_____

**APPELLANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO SERVE AND FILE OPENING BRIEF AND APPENDIX**

Michael D. Kohn
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, DC 20007-2756
Phone: (202) 342-6980
Fax: (202) 342-6984
mk@kkc.com

William D. Hughes
HUGHES & NUNN LLP
350 Tenth Ave., Ste. 960
San Diego, CA 92101
Phone: (619) 231-1661
Fax: (619) 236-9271
whughes@HughesNunn.com

Jeremy L. Friedman
ATTORNEY AT LAW
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087
jlfried@comcast.net

Attorneys for Appellant and *Qui Tam* Plaintiff

## MOTION FOR EXTENSION

Pursuant to Fed. R. App. P. 26(b) and Local Rule 32.4, appellant seeks an unopposed extension of time of three additional weeks in which to serve and file his opening brief and appendix on this appeal. Appellant's opening brief and appendix are due February 6, 2014. This is the second request for an extension of time to file the opening brief on this appeal, following a previous unopposed 45-day extension. As set forth below, for good cause, appellant requests three additional weeks – until February 27, 2014 – in which to file.

Appellant's previous requested extension was based upon specific scheduling conflicts and the intervening holidays. During the extended time period, appellant's counsel have conducted substantial work on this appeal, including review of the extensive district court docket entries, the 12 days of trial proceedings, the briefing and record on the first appeal in this case, and the briefing by both parties on the post-trial motions. In addition, substantial work has been performed on the production of a joint appendix for this appeal, including communication of a preliminary list of excerpts from the transcript proceedings for inclusion in the appendix.

Despite counsel's best efforts, an extension of time is still necessary because substantial work remains to be done on the case in order to prepare the appendix and draft the briefs. Undersigned counsel with responsibilities for preparation of the appendix and drafting of the briefs is a sole practitioner. While he has assigned this appeal top priority, the magnitude of the work required to prepare the joint appendix and the number of specific legal and factual issues requiring briefing have foreclosed the ability to complete the work by the February 6 deadline. In light of the previous extension in this case, appellant has proposed – and appellee has stipulated – to an additional three weeks.

Appellant's extension of time is both necessary and reasonable, given the amount of preparation required for the opening brief in this case. Counsel for the

parties have discussed this extension request, and appellees have no objection. Further, no prejudice will result therefrom.

## CONCLUSION

For the foregoing reasons, appellant in this unopposed motion requests an extension of time of three weeks – or 21 days – until February 21, 2014, to file the opening brief and appendix in this case.

Respectfully submitted,

Dated:  January 23, 2014

/s/Jeremy L. Friedman
Jeremy L. Friedman
ATTORNEY AT LAW
2801 Sylhowe Road
Oakland, CA 94602
Telephone: (510) 530-9060
Facsimile: (510) 530-9087

Michael D. Kohn
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, DC 20007-2756
Phone: (202) 342-6980
Fax: (202) 342-6984

William D. Hughes
HUGHES & NUNN LLP
350 Tenth Ave., Ste. 960
San Diego, CA 92101
Phone: (619) 231-1661
Fax: (619) 236-9271

Counsel for Appellant and Relator Jones

## DECLARATION OF COUNSEL

I, Jeremy L. Friedman, declare and state:

1. I am one of the attorneys representing relator and appellant on this appeal. I have appeared on behalf of appellant in these proceedings, and I am the counsel with primary responsibility for the briefing on the first appeal in this case (No. 10-2301), for oral argument on that appeal, and for briefing on this appeal. I make this declaration based upon my own personal knowledge. If called as a witness, I would and could testify to the following.

2. This appeal arises out of a judgment entered by the district court after a 12-day jury trial, as well an order denying relator's post-trial motion for a new trial and renewal of relator's motion for summary judgment. Approximately 363 exhibits were marked for trial, and Reporter's Transcripts for the trial constitute approximately 1395 pages. A substantial time commitment is required to review these records in preparation for the opening brief. In addition, during the prior appeal, several key issues were raised, briefed and ruled upon that relate to the issues on relator's renewed motion for summary judgment. In order to adequately present the issues on this appeal, I will be required to review the prior appellate records and briefing, as well as the First Circuit opinion, in detail.

3. An additional extension of three weeks in which to file the opening brief in this case is necessary due to amount of time required to prepare the appendix and opening brief. During the previous 45-day extension, I have devoted as much time as practical around my previously described conflicts and holiday travel. In that time, I have performed substantial work reviewing the records and briefing on the prior appeal, the 12 days of trial transcripts, and the post-trial motion briefing. In addition, I have exclusively responsibility amongst my co-counsel to compound and file the joint appendix in this case, which I consider to be a substantial task that will require several days of devoted time. I have already conducted a review of the record and communicated a preliminary designation list to counsel for appellees,

and anticipate that the parties will cooperate and work together to make a single joint appendix. That work needs to be substantially completed prior to the finalization of the opening brief.

    4. Based upon the amount of work required and the current status of the joint appendix, I believe that an additional extension of three weeks, until February 27, 2014, would provide sufficient time to complete the appendix and brief. I have conferred with counsel for defendants/appellees with respect to this extension request, and I have been informed that they do not oppose this extension request.

    I declare under penalty of perjury that the foregoing is true and correct of my own knowledge. Executed this 23rd day of January, 2014.

                                                  /s/Jeremy L. Friedman
                                                 Jeremy L. Friedman

## CERTIFICATE OF ELECTRONIC SERVICE

    I hereby certify that this document was filed through the ECF system of this Court on January 23, 2014. This pleadings will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants.

                                          /s/Jeremy L. Friedman
                                          Jeremy L. Friedman