# United States Court of Appeals
## For the First Circuit

No. 13-1973

KENNETH JAMES JONES, ex rel United States of America

Plaintiff - Appellant

PRISCILLA PITT JONES, Ed.D, ex rel United States of America;
UNITED STATES, ex rel Kenneth James Jones

Plaintiffs

v.

MASSACHUSETTS GENERAL HOSPITAL; MARILYN ALBERT, PH.D;
RONALD J. KILLIANY, PH.D; BRIGHAM & WOMEN'S HOSPITAL

Defendants - Appellees

HARVARD MEDICAL SCHOOL; HARVARD UNIVERSITY; MARIE F.
KIJEWSKI, SC.D

Defendants

**ORDER OF COURT**

Entered: March 6, 2014
Pursuant to 1st Cir. R. 27.0(d)

Appellant's motion for leave to file a corrected opening brief is granted.

By the Court:

/s/ Margaret Carter, Clerk

cc:
David J. Apfel
Harvey Nosowitz
William D. Hughes
Alan D. Rose, Sr.
Jeremy Loren Friedman
Michael D. Kohn
Brian D. Lipkin
David K Colapinto
Laurie J Weinstein
Laura E Rosenbaum