# United States Court of Appeals
## For the First Circuit

No. 13-1973

KENNETH JAMES JONES, ex rel United States of America

Plaintiff - Appellant

PRISCILLA PITT JONES, Ed.D, ex rel United States of America;
UNITED STATES, ex rel Kenneth James Jones

Plaintiffs

v.

MASSACHUSETTS GENERAL HOSPITAL; MARILYN ALBERT, PH.D;
RONALD J. KILLIANY, PH.D; BRIGHAM & WOMEN'S HOSPITAL

Defendants - Appellees

HARVARD MEDICAL SCHOOL; HARVARD UNIVERSITY; MARIE F.
KIJEWSKI, SC.D

Defendants

### ORDER OF COURT

Entered: May 6, 2014
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of motion, it is ordered that the time for Appellees Marilyn Albert, Brigham & Women's Hospital, Ronald J. Killiany and Massachusetts General Hospital to file a brief be enlarged to and including **May 16, 2014**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
David J. Apfel
David K Colapinto
Jeremy Loren Friedman
William D. Hughes
Michael D. Kohn
Brian D. Lipkin
Harvey Nosowitz
Alan D. Rose Sr.
Laurie J Weinstein