CASE NO. 13-1973
_____

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

KENNETH JAMES JONES, ex rel. United States of America

Plaintiff-Appellant

PRISCILLA PITT JONES, Ed.D., ex rel. United States of America;
UNITED STATES, ex rel. Kenneth James Jones

Plaintiffs

v.

MASSACHUSETTS GENERAL HOSPITAL; MARILYN ALBERT, Ph.D.;
RONALD J. KILLIANY, Ph.D.; BRIGHAM & WOMEN'S HOSPITAL

Defendants-Appellees

HARVARD MEDICAL SCHOOL; HARVARD UNIVERSITY;
MARIE F. KIJEWSKI, Sc.D.

Defendants
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**APPELLEES' MEMORANDUM IN RESPONSE TO
APPELLANT'S MOTION TO RETAIN PANEL FROM PRIOR
FIRST CIRCUIT APPEAL**
_____

Alan D. Rose (CAB #29639)
Brian D. Lipkin (CAB #1159011)
ROSE, CHINITZ & ROSE
One Beacon Street, 23rd Floor
Boston, Massachusetts  02108
(617) 536-0040
_____

MAY 29, 2014

This is a qui tam action under the False Claims Act. Kenneth Jones alleges that Marilyn Albert and Massachusetts General Hospital made false statements in a Grant Application that they submitted to the National Institutes of Health. He alleges that Ronald Killiany—who also worked on the study—falsified measurements of a brain region called the entorhinal cortex, and that Brigham and Women's Hospital is liable as Dr. Killiany's employer.

This is the second appeal involving this case. Previously, the United States District Court for the District of Massachusetts allowed the defendants' summary judgment motion. This Court reversed and remanded, concluding there were genuine disputes of material fact. <u>United States ex rel. Jones v. Brigham & Women's Hosp.</u>, 678 F.3d 72, 96 (1st Cir. 2012). After an 11-day trial, the jury returned a defense verdict, resolving these fact questions in the defendants' favor, using a special verdict form modeled precisely on this Court's specification of the issues.

Dr. Jones is now appealing from the denial of his "renewed" motion for judgment as a matter of law and motion for new trial. He has filed a motion seeking to retain the same panel of judges, who decided the first appeal, to decide this appeal. The appellees take no position on whether Dr. Jones' motion should be allowed. The appellees leave it to the Court's discretion to assign the panel of judges who are most appropriate to decide this appeal.

1

In his motion, Dr. Jones makes a number of factual assertions that the record does not support. The record, and the Appellees' Brief, speak for themselves. While the appellees will not attempt to point out every instance where they do not agree with Dr. Jones' position, they note that the trial record—on which this appeal will be based—is very different from the summary judgment record that this Court considered in deciding the previous appeal.

In conclusion, while the appellees disagree with many of the factual assertions in Dr. Jones' motion, they do not have a position on how the Court should decide this motion.

Respectfully submitted,

BRIGHAM AND WOMEN'S HOSPITAL,
MASSACHUSETTS GENERAL
HOSPITAL,
MARILYN S. ALBERT, AND
RONALD J. KILLIANY,

By their attorneys,

/s/ Alan D. Rose
Alan D. Rose (CAB # 29639)
Brian D. Lipkin CAB # 1159011)
Rose, Chinitz & Rose
One Beacon Street
Boston, MA  02108
(617) 536-0040
Fax: (617) 536-4400
adr@rose-law.net
bdl@rose-law.net

Date:  May 29, 2014

2

## **CERTIFICATE OF SERVICE**

On May 29, 2014, I e-filed this memorandum through the ECF system, in which the following attorneys are registered participants:

    Jeremy L. Friedman
    Law Office of Jeremy L. Friedman
    2801 Sylhowe Road
    Oakland, California  94602
    jlfried@comcast.net

    William D. Hughes
    Hughes & Nunn, LLP
    350 10th Avenue, Suite 960
    San Diego, California  92101
    whughes@hughesnunn.com

    Michael D. Kohn
    David K. Colapinto
    Kohn, Kohn & Colapinto, LLP
    3233 P Street NW
    Washington, DC  20007
    mk@kkc.com
    dc@kkc.com

    Laurie J. Weinstein
    U.S. Attorney's Office
    Judiciary Center Building
    555 4th Street, NW, E4820
    Washington, DC  20001

                                <u>/s/ Brian D. Lipkin</u>