# United States Court of Appeals
## For the First Circuit

No. 13-1973

KENNETH JAMES JONES, ex rel United States of America,

Plaintiff, Appellant,

PRISCILLA PITT JONES, Ed.D., ex rel United States of America, ET AL.,

Plaintiffs,

v.

MASSACHUSETTS GENERAL HOSPITAL, ET AL.,,

Defendants, Appellees,

HARVARD MEDICAL SCHOOL, ET AL.,

Defendants.

**ORDER OF COURT**
**Entered: June 4, 2014**

Appellant's motion to retain panel from prior appeal is noted. Panel assignment will be made at a future date in accordance with Internal Operating Procedure VII D.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
David J. Apfel
Harvey Nosowitz
William D. Hughes
Alan D. Rose, Sr.
Jeremy Loren Friedman
Michael D. Kohn
Brian D. Lipkin
David K Colapinto
Laurie J Weinstein