# Jeremy L. Friedman
Attorney at Law

2801 Sylhowe Road
Oakland, CA 94602
510-530-9060 - Fax 530-9087

July 9, 2014

Clerk of the Court
First Circuit Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

      Re:   *United States ex rel. Jones v. Brigham & Women's Hospital et al.,*
              **District of Massachusetts, Case No. 13-1973**

Dear Clerk of the Court

      This law office represents relator Kenneth Jones in the above-referenced appeal, which is now fully briefed, with a motion pending to retain the same panel from the earlier appeal (Case No. 10-2301). We have also requested oral argument. I am writing now to inform the Court of my unavailability for oral argument during the Court's September Calendar (September 3 through 11), as well as the last week in August. However, I would be available for argument in October or any other day thereafter the Court wishes to set oral argument.

      Thank you very much for your consideration of this matter.

                                Respectfully submitted,

                                /S/Jeremy L. Friedman
                                Jeremy L. Friedman

cc: Alan Rose, Esq. (via ECF notification)
JLF:wp