# United States Court of Appeals
## For the First Circuit

No. 15-1371

GLOBAL NAPS, INC.; PPUC PENNSYLVANIA PUBLIC UTILITY COMMISSION; QUALITY SPEAKS, LLC; AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD.,

Plaintiffs,

CARL F. JENKINS,

Interested Party, Appellee,

v.

VERIZON NEW ENGLAND, INC., d/b/a Verizon Massachusetts,

Defendant, Appellee,

MA DEPT OF TELECOMMUNICATIONS & ENERGY; PAUL B. VASINGTON, in his capacity as Commissioner; JAMES CONNELLY, in his capacity as Commissioner; W. ROBERT KEATING, in his capacity as Commissioner; DEIRDRE K. MANNING, in her capacity as Commissioner; EUGENE J. SULLIVAN, JR., in his capacity as Commissioner; FERROUS MINER HOLDINGS, LTD.; GLOBAL NAPS NETWORKS, INC.; GLOBAL NAPS NEW HAMPSHIRE, INC.; GLOBAL NAPS REALTY, INC.; 1120 HANCOCK STREET, INC.; CHESAPEAKE INVESTMENT SERVICES, INC.; FRANK T. GANGI; REYNWOOD COMMUNICATIONS, INC.,

Defendants,

BARTON BRUCE,

Intervenor Defendant, Appellant.

Before

Howard, Thompson and Kayatta,
Circuit Judges.

**ORDER OF COURT**

Entered: May 4, 2015

The intervenor-appellant's motion for a stay of the district court's March 10, 2015 Order compelling the transfer of certain IPv4 number blocks is <u>denied</u> for lack of a sufficient showing as to irreparable harm.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Joseph Michael Pastore III
Glenn B. Manishin
Andrew H. Good
William J. Rooney Jr.
Samuel Zarzour
Eric Charles Osterberg
Harry Martin Davidow
Joseph K. Witmer
Victor Bass
Tal M. Unrad
Mark W. Pearlstein
Matthew R. Turnell
Robert L. Weigel
Joseph D. Steinfield
Scott H. Angstreich
Jason W. Myatt
Andrew McIntyre Hetherington
Jeffrey J. Pyle
Keefe Bryant Clemons
Daniel John Hammond
Christine E. Devine
Matthew R. Fisher
Stephen Everett Hughes
Daniel Carrigan
Timothy J. Carter
Elizabeth A. Ritvo
Jeffrey N. Stevens
Steven J. Marullo
Donald Howard Carmack Libbey
Lawrence G. Green
David B. Chaffin
William T. Hogan III

Sean T. Carnathan
Benjamin S. Kafka
Philip G. Cormier
Bruce Simpson Barnett
Howard M. Brown
Harry C. Mezer