No. 16-8024
## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

------------------------------------------------------------- x

PAINTERS AND ALLIED TRADES DISTRICT
COUNCIL 82 HEALTH CARE FUND, a third-
party healthcare payor fund, on behalf of itself and
all others similarly situated,

                          Plaintiff–Petitioner,

   — against —

FOREST LABORATORIES, INC. AND FOREST
PHARMACEUTICALS, INC.,

                    Defendants–Respondents.

ON APPEAL FROM THE
UNITED STATES
DISTRICT COURT FOR
THE DISTRICT OF
MASSACHUSETTS

------------------------------------------------------------- x

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO SEAL FED. R. CIV. P. 23(f) PETITION FOR PERMISSION TO APPEAL AND ITS ACCOMPANYING APPENDIX

SUGARMAN, ROGERS,
BARSHAK & COHEN, P.C.
101 Merrimac Street
Boston, MA 02114
Tel.: (617) 227–3030
Fax: (617) 523–4001

*Of counsel*:
John O'Neill (#80848)
oneill@srbc.com

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel.: (212) 909–6000
Fax: (212) 909–6836

*Of counsel*:
Edwin G. Schallert (#45274)
Kristin D. Kiehn  (#1157777)
J. Robert Abraham (#1162866)
Peter S. Ross
egschall@debevoise.com
kdkiehn@debevoise.com
jrabraham@debevoise.com
pross@debevoise.com

*Attorneys for Defendants-Respondents Forest Laboratories, LLC
and Forest Pharmaceuticals, Inc.*

Plaintiff Painters and Allied Trades District Council 82 Health Care Fund ("Plaintiff") has filed a petition for permission to appeal from a Memorandum & Order of the U.S. District Court for the District of Massachusetts (Gorton, J.), entered on June 2, 2016, which denied class certification in *Painters and Allied Trades District Council 82 Health Care Fund v. Forest Pharmaceuticals, Inc. et al*., No. 13–CV–13113 (NMG) (D. Mass.) (the "Petition").  Plaintiff has also moved this Court for an order permitting the filing of the Petition and accompanying appendix (the "Appendix") under seal pursuant to First Circuit Local Rules R. 11.0(c)(2) and 30.0(g) (the "Motion to Seal").  Defendants Forest Laboratories, LLC and Forest Pharmaceuticals, Inc. (together, "Defendants") respond to Plaintiff's Motion to Seal as follows:

1.    Defendants oppose Plaintiff's motion to the extent it seeks leave to file the Petition under seal.  The Petition does not contain confidential information and Defendants have no objection to its public filing.

2.    However, Defendants object to Plaintiff's filing of the Appendix as improper and premature.

3.    First Circuit Local Rule 5(c) states that a petition for permission to appeal "must not exceed 20 pages, exclusive of the disclosure statement, the proof of service, and the accompanying documents required by Rule 5(b)(1)(E)," which consist of the order appealed from and any order certifying issues for interlocutory review.  *See* 1st Cir. R. 5(c) & (b)(1)(E).

4.     Plaintiff's Petition and Appendix, exclusive of the disclosure statement, proof of service, and order appealed from, consist of nearly 700 pages, far in excess of the page limit imposed by First Circuit Local Rule 5(c).

5.     Plaintiff did not seek permission to exceed the page-length limitation in First Circuit Local Rule 5(c), nor has Plaintiff provided any explanation for why such a lengthy Petition and Appendix is necessary.

6.     The Appendix also contains numerous documents that have been designated confidential and filed under seal in the District Court.  Plaintiff has not challenged the confidential status of those documents pursuant to the procedures provided in the stipulated protective order entered by the District Court.

7.     If Plaintiff is permitted to file the Appendix, it should be filed under seal because it includes many documents designated as confidential, and should remain under seal until the underlying documents are no longer designated confidential by agreement of the parties or court order.

Dated:  June 30, 2016                     Respectfully submitted,

                                          /s/  Kristin D. Kiehn

SUGARMAN, ROGERS, BARSHAK          DEBEVOISE & PLIMPTON LLP
& COHEN, P.C.
101 Merrimac Street                919 Third Avenue
Boston, MA 02114                   New York, NY  10022
Tel.:  (617) 227–3030              Tel.:  (212) 909–6000
Fax.: (617) 523-4001               Fax:  (212) 909–6836

*Of counsel*:

John O'Neill (#80848)
oneill@srbc.com

*Of counsel*:

Edwin G. Schallert (#45274)
Kristin D. Kiehn (#1157777)
J. Robert Abraham (#1162866)
Peter S. Ross
egschall@debevoise.com
kdkiehn@debevoise.com
jrabraham@debevoise.com
pross@debevoise.com

*Attorneys for Defendants Forest Laboratories, LLC and Forest Pharmaceuticals, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, J. Robert Abraham, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Docket Activity and will be sent via electronic mail to those indicated as non registered participants on June 30, 2016.

/s/ J. Robert Abraham

J. Robert Abraham